B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District of Connecticut

In re Bruce H. Lambert_____,
  Debtor

Case No. 13-20381_____
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.   Creditor's Name: CAPITAL ONE, N.A. - YAMAHA_____

2.   Amount of the debt subject to this reaffirmation agreement:
     $ 13,063.33  on the date of bankruptcy     $ 10,000.00  to be paid under reaffirmation agreement

3.   Annual percentage rate of interest: _____ % prior to bankruptcy
     0 % under reaffirmation agreement ( ✓ Fixed Rate ____ Adjustable Rate)

4.   Repayment terms (if fixed rate): $ 210.00  per month for 48 months

5.   Collateral, if any, securing the debt: Current market value: $ 13063.32
     Description: YAMAHA WR450FB TE MC, YFM45FGBGR ATV_____

6.   Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|
| 7A. Total monthly income from Schedule I, line 16 | $3,423.33 | 7B. Monthly income from all sources after payroll deductions | $4,640.44 |
| 8A. Total monthly expenses from Schedule J, line 18 | $4912.11 | 8B. Monthly expenses | $4833.11 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J | $ ∅ | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses | $ ∅ |
| | | 10B. Net monthly income (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) | $(192.67) |

B27 (Official Form 27) (12/09)                                                                      Page 2

11.   Explain with specificity any difference between the income amounts (7A and 7B):
Debtor and his live-in girlfriend were unemployed at time
of filing. Since then, both have acquired employment.

12.   Explain with specificity any difference between the expense amounts (8A and 8B):
The difference of $79.00 is the difference between the pre-filing
Yamaha payment amount and this reaffirmation payment amount.

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that
any explanation contained on those lines is true and correct.

_Bruce Tomlin_                                          _____
Signature of Debtor (only required if                   Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                             required if line 11 or 12 is completed)

<u>Other Information</u>

☒   Check this box if the total on line 10B is less than zero. If that number is less than zero, a
presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with
specificity the sources of funds available to the Debtor to make the monthly payments on the
reaffirmed debt: Debtor and his girlfriend have not made a mortgage payment in
2013. Debtor's liability is discharged, but his girlfriend will try to
modify mortgage. If unsuccessful, they will move into a rental with a lower payment.

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
·   _X_ Yes                    _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
_____ Yes                    _X_ No

**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation
agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

_Jennifer Pursley_
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (04/10)

---

Check one.
- ☒ Presumption of Undue Hardship
- ☐ No Presumption of Undue Hardship

*See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

---

# UNITED STATES BANKRUPTCY COURT
_____ District of Connecticut

In re _____Bruce H. Lambert_____ ,          Case No. 13-20381 _____
            *Debtor*

                                                          Chapter 7 _____

## REAFFIRMATION DOCUMENTS

Name of Creditor: _CAPITAL ONE, N.A. - YAMAHA_____

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: _____Secured revolving account_____

                                                                    *For example, auto loan*

B. *AMOUNT REAFFIRMED*:       $_____10000.00_____

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _5/7/13_, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is ___0___ %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

B240A, Reaffirmation Documents                                                          Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☑   $ 210.00  per month for ___48___ months starting on _7/20/13_.

☐   Describe repayment terms, including whether future payment amount(s) may be different from
the initial payment amount.

_____
_____
_____

E. Describe the collateral, if any, securing the debt:

Description:        _YAMAHA WR450FB TE MC, YFM45FGBGR ATV_
Current Market Value   $_____13063_.32

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

                                                          14092.44
☑ Yes.  What was the purchase price for the collateral?   $_____

☐ No.   What was the amount of the original loan?         $_____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed
debt and any related agreement:

| | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 13,063.32 | $ 10000.00 |
| Annual Percentage Rate | _____% | 0 % |
| Monthly Payment | $_____ | $ 210.00 |

H. ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with
this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to
future credit and any other terms on future purchases and advances using such credit:

_____
_____

## PART II.     DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.    ☑ Yes    ☐ No

B. Is the creditor a credit union?

Check one.    ☐ Yes    ☑ No

B240A. Reaffirmation Documents                                          Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)                    $ 4,640.44

   b. Monthly expenses (including all reaffirmed debts except
   this one)                                                 $ 4,623.11

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)   $    17.33

   d. Amount of monthly payment required for this reaffirmed debt   $ 210.00

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to
   pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption
   of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No
   Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your
   dependents because:

   Check one of the two statements below, if applicable:

   ☐   You can afford to make the payments on the reaffirmed debt because your monthly income is
       greater than your monthly expenses even after you include in your expenses the monthly
       payments on all debts you are reaffirming, including this one.

   ☒   You can afford to make the payments on the reaffirmed debt even though your monthly income
       is less than your monthly expenses after you include in your expenses the monthly payments on
       all debts you are reaffirming, including this one, because:
       Debtor and his girlfriend have not made a mortgage payment in 2013.
       Debtor's liability is discharged, but his girlfriend will try to modify mortgage.
       If not successful, they will move to a rental at a lower monthly cost.

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following
statement, if applicable:

   ☐   You believe this Reaffirmation Agreement is in your financial interest and you can afford to
       make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

B240A, Reaffirmation Documents

## PART III.   CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)   I agree to reaffirm the debt described above.

(2)   Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)   The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)   I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)   I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _5/23/2013_   Signature _Bruce W. Lambert_
                                          _Debtor_

Date _____   Signature _____
                                          _Joint Debtor, if any_

## Reaffirmation Agreement Terms Accepted by Creditor:

Creditor   __CAPITAL ONE, N.A. - YAMAHA__        __C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712__
                          _Print Name_                                          _Address_

_Jennifer Pursley_                               _____   _5/23/13_
_Print Name of Representative_                        _Signature_                  _Date_

## PART IV.   CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

_To be filed only if the attorney represented the debtor during the course of negotiating this agreement._

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐  A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

_Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union._

Date _5/23/2013_ Signature of Debtor's Attorney _Charles A. Maglieri_

Print Name of Debtor's Attorney   _Charles A. Maglieri_

# PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

## A.   DISCLOSURE STATEMENT

1.  **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.  **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.  **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.  **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.  **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.   **When will this Reaffirmation Agreement be effective?**

   a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

      i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

      ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.   **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B.   INSTRUCTIONS

1.   Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.   Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.   If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.   You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5.   *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

B240A, Reaffirmation Documents

## C.    DEFINITIONS

1.    **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement.  The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above).  Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure.  You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.    **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law.  The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges.  You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.    **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

# Yamaha Motor Corporation, USA Card Program

**Application Type:** A married person may apply for individual credit, you are applying for:
- ☑ INDIVIDUAL CREDIT, complete only applicant section.
- ☐ JOINT CREDIT, with another person, complete entire application.

## APPLICANT (Please Print)

| | | |
|---|---|---|
| 2268 | CT | 9 10 08 |
| Applicant's Driver's License Number | State of Issue | Date of Issue |

Expiration Date: 9 9 14

| First Name | Middle Initial | Last Name | Social Security Number | Date of Birth (MM/DD/YYYY) |
|---|---|---|---|---|
| Bruce | H | Lambert | ___ - 33 ___ | 1 1966 |

| Address | Apt. # | City | State | Zip Code | Home Phone |
|---|---|---|---|---|---|
| 3 Pickett Rd | | Central Village | CT | 06332 | ___ - 6509 |

| Work Phone | Housing Status: | Annual Income* (Gross) | Check if you have a: | E-Mail Address |
|---|---|---|---|---|
| ___ 7565 | ☑ Buyer/Owner ☐ Rent/Lease ☐ Other/Misc. | $ | ☐ Checking Account ☐ Savings Account | |

| Date of Residence (MM/YYYY) | Employer Name | Date of Employment (MM/YYYY) |
|---|---|---|
| 34 yrs | Kawasaki of ... | 34/5 |

For WI Residents Only: Check box if you are married: ☐    *Note: Alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for paying this obligation.

## JOINT APPLICANT or if you are a MARRIED WISCONSIN RESIDENT

| Joint Applicant's Driver's License Number | State of Issue | Date of Issue | Expiration Date | E-mail Address |
|---|---|---|---|---|
| | | / / | / / | |

| First Name | Middle Initial | Last Name | Social Security Number | Date of Birth (MM/DD/YY) |
|---|---|---|---|---|
| | | | | / / |

| Address | Apt. # | City | State | Zip Code | Home Phone |
|---|---|---|---|---|---|
| | | | | | ( ) |

| Work Phone | Annual Income* (Gross) | Date of Residence (MM/YYYY) | Employer Name | Date of Employment (MM/YYYY) |
|---|---|---|---|---|
| ( ) | $ | / | | / |

## PROTECT YOUR ACCOUNT WITH THE YP3 SM Yamaha Payment Protection Program (referred to below as YP3 SM) AN OPTIONAL MONTHLY DEBT CANCELLATION PROGRAM.

If you enroll in our optional YP3 program, your monthly credit card balance or a portion of your balance may be cancelled in the case of a qualifying Total Disability, Involuntary Unemployment, or Loss of Life event. For Total Disability, the maximum balance that may be cancelled is $300 per month, up to $10,000 and, for Involuntary Unemployment, up to $300 per month for six months. For Loss of Life, the maximum balance that can be cancelled is $10,000. To receive a cancellation for Involuntary Unemployment or Total Disability, you must be employed full-time (but not self-employed, working for a spouse or employed on a part-time basis) and working 30 hours or more per week at a single job on the date the event occurs. YP3 is not insurance and is unavailable in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.

**YES,** please enroll me, **the primary cardholder,** in the optional YP3 monthly debt cancellation program. I authorize the monthly charge to my account when I have a balance. I have received and read the YP3 Summary. I understand that your evaluation of my credit card application will not be influenced by whether I choose to enroll, and I am free to cancel at any time.

**NO,** I do not wish to enroll at this time.

X Bruce [signature]

| SIGN HERE TO ENROLL | DATE | SIGN HERE TO DECLINE | DATE |
|---|---|---|---|
| DC-11-15 | | | Ed. 06/01/05 |

## APPLICANT(S) SIGNATURE REQUIRED BELOW

All of the information furnished on this application is, to the best of your knowledge, complete and accurate. You agree that you are furnishing all such information on this application to both Yamaha, and to HSBC Bank Nevada, N.A. ("we", "us"), the issuer of the Yamaha credit card. You agree that we may obtain a credit bureau report on you and may check any of the information provided on this application from whatever source we choose. By completing and signing this application, you are applying for a credit limit in the highest amount we deem appropriate, regardless of any initial sale amount, and you are requesting a Card issued to you by us which will allow you to make purchases under this Account. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of the Cardholder Agreement and Disclosure Statement, (which includes an arbitration provision) which shall be sent to you with the credit card and to the Tiered APR Disclosures, which you acknowledge receiving and which are incorporated herein by reference. You have read and received a copy of your Important Terms and Tiered APR Disclosure before making any purchase under this Account. Terms are attached. If this is a joint credit application, you understand that each applicant has the right to use the Account and that you shall be liable for all purchases made under the Account by any joint applicant. You grant us a purchase money security interest in the goods purchased on your Account and in all insurance contracts and proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith. **You understand that we may provide information relating to our transactions and experiences with you to others, including Yamaha, whether or not you are approved for credit. You may prohibit the sharing of such information by calling us at 1-800-365-3804.**

| Applicant's Signature | Date (MM/DD/YY) | STORE USE ONLY: | | |
|---|---|---|---|---|
| X Bruce Lambert | / / | Applicant's Second ID | (Type and Number) | Expires |
| Joint Applicant's Signature | Date (MM/DD/YY) | Joint Applicant's Second ID | (Type and Number) | Expires |
| | / / | | | |

6022-YAMAHA-US-25 (4-09)

| Authorization Number | Name of Person Obtaining Verification and # |
|---|---|

## TIER VERIFICATION — This section must be completed when the applicant is approved

**YOU ACKNOWLEDGE YOU HAVE RECEIVED AND READ THE TIER**    1    2    ③    4    (circle one)

| Applicant's Signature | Date (MM/DD/YY) |
|---|---|
| X Bruce Lambert | / / |

IMPORTANT CUSTOMER DISCLOSURE INFORMATION ATTACHED – PLEASE DETACH AND RETAIN FOR YOUR RECORDS.

ACCOUNT #

`0` ▮▮▮▮▮▮▮▮▮▮▮ `5 7 3 5`     ORG # `1 7 6`

**BRUCE H LAMBERT**     Merchant/Store # `0 0 2 2 3 7 0 6 8`

(Cardholder's Name)     Assoc.#     Merchant/Store #

Credit Plan (required for all sales)     Promotion Code

`6 0 5 0 5`     `O T`     **KAWASAKI OF PUTNAM INC**

(Merchant's/Dealer's Name)

| For a Promotional Sale ONLY, TERM & TYPE listed below applies: | | DESCRIPTION | SALE PRICE |
|---|---|---|---|
| Promotional Period: | | PRODUCT LINE `1 1 1 0` | $13,195.17 |
| Your promotion will expire in 01/2012 (month, year) | | MODEL NO. `X V 1 9 C Y S` | |
| | | VEHICLE/SERIAL NO. `J Y A V P 2 7 E 9 9 A 0 1 0 3 0 3` | |
| | | ☐ ALREADY ELECTRONICALLY FUNDED | |
| Special Payments¹ | | | |
| Fixed Payment Amount $159.00 | | accessories | $1,648.88 |
| ¹as long as payments are received by payment due date | | | |

Promotion Type:

A reduced rate of 10.99% APR will be applied to your purchase during the Promotional Period, if your Account is kept current. Each month, you are required to pay the amount indicated in the Special Payments section listed above. PAYING ONLY THIS AMOUNT WILL NOT PAY OFF THE PURCHASE DURING THIS PERIOD. Fees are due when incurred. Beginning after the promotion expiration date, the rate attributable to the promotional item(s) will increase to an APR of 19.99% and Minimum Monthly Payments are required.

For details of all Promotional Credit Plans or components there of, please refer to your Cardholder Agreement and Disclosure Statement.

| | | |
|---|---|---|
| DATE OF SALE 10/05/2009 | SUB TOTAL | $14,844.05 |
| AUTHORIZATION CODE `7 5 9 7 3` | SALES TAX | $265.73 |
| INVOICE NUMBER | CASH PRICE | $15,109.78 |
| | CASH DOWN PAYMENT | $110.00 |
| MERCHANT'S AUTHORIZED REPRESENTATIVE DAVE GOERNERT | UNPAID BALANCE (AMOUNT FINANCED) | $14,999.78 |

I acknowledge receipt of a completed copy of this Sales Slip and the purchase of the goods and/or services described herein and promise to pay the Unpaid Balance plus any Finance Charges and fees due in accordance with the terms of the Cardholder Agreement and Disclosure Statement, incorporated by reference. I understand that I am hereby granting HSBC Bank Nevada, N.A. a purchase money security interest in the goods purchased therewith, and in all insurance contracts and proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith until the Unpaid Balance of my Account or such goods are paid in full, whichever comes first, unless otherwise prohibited by law.

X _(signature)_

(CARDHOLDER'S SIGNATURE)

SALES SLIP NO **1745451**

YDS Sales Slip  06/09

OCT 0 9 2009

ACCOUNT #

`0` `0` `0` `0` `5` `7` `3` `5`     ORG #: `1` `7` `6`

Bruce Lambert
(Cardholder's Name)

Merchant/Store #: `0` `0` `2` `2` `3` `7` `0` `6` `8`
Assoc. #     Merchant/Store #

Pickett Rd
(Cardholder's Street Address)

Kawasaki of Putnam
(Merchant's/Dealer's Name)

Credit Plan (required for all sales)     Promotion Code

`6` `0` `0` `3` `6`     `H` `X`

☑ NEW     DELIVERY INSTRUCTIONS:     DATE OF DELIVERY/ INSTALLATION
☐ ADD-ON   ☐ PICK UP  ☐ INSTALLED  ☐ DELIVERED     / /

| For A Promotional Sale ONLY, Complete TERM & TYPE: | | QUAN. | DESCRIPTION | SALE PRICE |
|---|---|---|---|---|

Select and Fill in Proper TERM (ONLY ONE):
☑ Your promotion will expire in **36** months (from the date of possession);
OR
☐ Your promotion will expire in **/** (month, year).

PRODUCT LINE

MODEL NO.

Special Payments - Select and Fill in Proper payments* (if applicable):
☐ Equal Payments   OR   ☑ Fixed Payment Amount $ **89.00**
☐ Special Payment Percent _____ %
*As long as monthly payments are received by the payment due date.

VIN/HULL/SERIAL NO.

`JVARN2RE89A000925`     10618.00

☐ ALREADY ELECTRONICALLY FUNDED

Select and Fill in Proper TYPE (ONLY ONE):
☐ Delayed Payment. During the specified period, no Minimum Monthly Payment is due on your purchase. Finance Charges will be imposed.
☐ Waived Finance Charge. Each month, you are required to pay the Minimum Monthly Payment. During the specified period no Finance Charges will be imposed on your purchase if your Account is kept current.
☐ Delayed Payment/Waived Finance Charge. During the specified period, no Minimum Monthly Payment is due and no Finance Charges will be imposed on your purchase.
☐ Same As Cash/Minimum Monthly Payments Required. Each month, you are required to pay the Minimum Monthly Payment. During the specified period, Finance Charges will accrue on your purchase. However, if you pay the entire purchase amount before the promotional due date, no Finance Charges will be imposed on the purchase.
☐ Same As Cash/Minimum Monthly Payments Delayed. During the specified period, Finance Charges will accrue on your purchase. However, if you pay the entire purchase amount before the promotional due date, no Finance Charges will be imposed on the purchase. No Minimum Monthly Payments are required on your purchase during the specified period.
☑ Reduced Rate. During the specified period, a reduced periodic rate of **8.99**% APR will be applied to your purchase, if your Account is kept current.
☐ Delayed Payment/Waived Finance Charge followed by Reduced Rate. For the first ___ months from the date of possession, no Minimum Monthly Payment is due and no Finance Charges will be imposed on your purchase. For the next ___ months thereafter, a reduced periodic rate of ___% APR will be applied to your purchase, if your Account is kept current.
For details of all Promotional Credit Plans, please refer to your Cardholder Agreement and Disclosure Statement.

CT Reg     98.00

| | |
|---|---|
| DATE OF SALE | SUB TOTAL |
| 6·9·09 | |
| AUTHORIZATION CODE | SALES TAX |
| `5` `0` `3` `6` `1` | 637.08 |
| INVOICE NUMBER | CASH PRICE |
| | 11353.08 |
| | CASH DOWN PAYMENT |
| | 353.08 |
| MERCHANT'S AUTH. REPRESENTATIVE | REP NO. | UNPAID BALANCE (AMOUNT FINANCED) |
| | | 11000.00 |

I acknowledge receipt of a completed copy of this Sales Slip and the purchase of the goods and/or services described herein and promise to pay the Unpaid Balance plus any Finance Charges and fees due in accordance with the terms of the Cardholder Agreement and Disclosure Statement, incorporated by reference. I understand that I am hereby granting HSBC Bank Nevada, N.A. a purchase money security interest in the goods described herein until the Unpaid Balance of my Account or such goods are paid in full, whichever comes first, unless otherwise prohibited by law.

X _Bruce Lambert_
(CARDHOLDER'S SIGNATURE)

Form 6013 (11-05)

SALES NO. 6249448

HSBC COPY